UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| JAMES B. HURM, | ) |
| | ) Civil Action No. 4:16-cv-146 |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| BELTERRA RESORT INDIANA, LLC, | ) |
| | ) |
| Defendant. | ) |

**SUPPLEMENTAL JURISDICTIONAL STATEMENT**

**COMES NOW**, the Plaintiff, JAMES B. HURM ("Hurm"), by counsel, and files this *Supplemental Jurisdictional Statement* establishing the Court's jurisdiction over this personal injury case as follows:

1. Hurm is, and at all times relevant to this action, a natural person and a citizen of the State of Illinois. He resides and is domiciled within that state and is a citizen of the United States.

2. Belterra Resort Indiana, LLC ("Belterra") is, and at all times relevant to this action, a limited liability company duly organized under the laws of the State of Nevada and authorized to transact business as a foreign limited liability company in the State of Indiana.

3. The sole member of Belterra is Pinnacle Entertainment, Inc.

4. Pinnacle Entertainment, Inc. is a Delaware corporation duly incorporated as a foreign corporation under the laws of the State of Nevada with its principal place of business in the State of Nevada.

5. "[A] corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where is has its principal place of business…." 28 U.S.C. 1332(c)(1).

WHEREFORE, this Court has original jurisdiction pursuant to 28 U.S.C. §1332 because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and there is complete diversity between the parties.  Hurm is domiciled in the State of Illinois, and is a citizen of that state and the United States; Belterra is a Nevada limited liability company; and the citizenship of Belterra's sole member, Pinnacle Entertainment, Inc., is the State of Delaware and the State of Nevada, where it is incorporated and has its principal place of business, respectively.

Moreover, venue is proper in the United States District Court for the Southern District of Indiana pursuant to 28 U.S.C. §1391 because a substantial part of the events or omissions giving rise to the claims asserted herein occurred within this judicial district; to wit, the City of Florence, County of Switzerland, State of Indiana.

Respectfully Submitted,

s/ Wilmer E Goering, II

_____
Wilmer E. Goering, II, #7177-39
Goering Law LLC
322 Liberty Street
Vevay, IN  47043
Phone: (812) 427-2135
Fax: (812) 427-2139
Email: wg.goeringlaw@gmail.com
Attorney for Plaintiff